**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6785**

RAYMOND GRIFFIN,

Plaintiff - Appellant,

v.

CAPTAIN STEINBECK,

Defendant - Appellee,

and

DONNIE HARRISON; OFFICER GILLIAM; OFFICER LAMAR; SERGEANT BRIDGES; OFFICER BEY-ADAMS; SERGEANT SMITH; OFFICER HAMMONDS; JOHN AND JANE DOE,

Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, District Judge. (5:15-ct-03276-D)

Submitted: August 22, 2019                    Decided: August 27, 2019

Before KING and RICHARDSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raymond Alan Griffin, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Griffin appeals the district court's orders granting Defendant's summary judgment motion in Griffin's 42 U.S.C.§ 1983 (2012) action and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Griffin v. Steinbeck*, No. 5:15-ct-03276-D (E.D.N.C. Oct. 1, 2018 & May 2, 2019). We deny Griffin's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
